UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-60371-WPD

LINDA J. HERNANDEZ,

    Plaintiff,

vs.

WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, Linda J. Hernandez, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted this 29th day of May 2018.

                */s/ Anthony C. Norman*
                Anthony C. Norman, Esq.
                Florida Bar No. 112105
                anthony@fight13.com
                LOAN LAWYERS, LLC
                *Attorneys for Plaintiff*
                2150 S. Andrews Ave, 2nd Floor
                Fort Lauderdale, FL 33316
                Telephone: (954) 523-4357
                Facsimile: (954) 581-2786

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 29, 2018, a true and correct copy of the foregoing was forwarded via E-mail and U.S. Mail to: WESTLAKE SERVICES, INC. 4751 Wilshire Blvd., Los Angeles, CA 90010 and ealexandryan@westlakefinancial.com.

                                                By: _/s/Anthony C. Norman_
                                                    Anthony C. Norman, Esq.
                                                    Florida Bar No. 112105