UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60371-CIV-DIMITROULEAS

LINDA J. HERNANDEZ,

     Plaintiff,

vs.

WESTLAKE SERVICES, LLC,

     Defendant.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Stipulation for Final Order of Dismissal [DE 10] (the "Stipulation"), filed herein on June 15, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 10] is hereby **GRANTED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 15th day of June, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record